Nicholas J. Bontrager (SBN: 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400; Fax: 866-583-3695
nbontrager@consumerlawcenter.com

Attorneys for Plaintiff, STACY LAURIE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| STACY LAURIE, | ) | **Case No.: 1:09-cv-01719-LJO-SMS** |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| ASSET ACCEPTANCE, LLC, | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, STACY LAURIE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

//
//
//
//
//

- 1 -

1

2  DATED: November 4, 2009

Respectfully Submitted,

KROHN & MOSS, LTD.

3

4

By: /s/ Nicholas J. Bontrager       _

5

Nicholas J. Bontrager
Attorney for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice of Settlement