# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY LAURIE, | CASE NO. CV F 09-1719 LJO SMS |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |
| vs. | |
| ASSET ACCEPTANCE, LLC, | |
| Defendants. / | |

This Court's November 5, 2009 order vacated dates and ordered plaintiff to file appropriate papers to dismiss or conclude this action in its entirety, no later than December 4, 2009. Plaintiff has not filed a Dismissal pursuant to F.R.Civ.P. 41(a)(1). On the basis of good cause, this Court ORDERS plaintiff, no later than January 4, 2010, to show good cause in writing why this Court should not impose monetary or other sanctions against plaintiff and/or counsel for failure to comply with the Court's order. This Order to Show Cause will be discharged if, no later than December 31, 2009, plaintiff files appropriate papers to dismiss this action and to comply with F.R.Civ.P. 41(a)(1). This Court ADMONISHES counsel that they are expected to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   December 15, 2009**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1