Nicholas J. Bontrager (SBN: 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400; Fax: 866-583-3695
nbontrager@consumerlawcenter.com

Attorneys for Plaintiff, STACY LAURIE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| STACY LAURIE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ASSET ACCEPTANCE, LLC,<br><br>　　　　Defendant. | Case No.: 1:09-cv-01719-LJO-SMS<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

NOW COMES Plaintiff, STACY LAURIE, by and through counsel, NICHOLAS J. BONTRAGER, of the law firm KROHN & MOSS, LTD., and hereby submits the following declaration in response to the Order to Show Cause issued by this Honorable Court on December 15, 2009.

I, Nicholas J. Bontrager, hereby declare as follows:

　　1. I am counsel of record for Plaintiff, Stacy Laurie, and as such have personal knowledge of the facts contained herein and if called upon, I could and would competently testify thereto.

2. On or about September 30, 2009, Plaintiff filed her complaint in the present matter.

3.  Plaintiff served Defendant via a Request for the Waiver of Service, which was executed by Defendant's counsel on October 5, 2009 and filed in the present matter on October 20, 2009.

4.  On November 2, 2009, the parties reached an agreement to informally resolving the dispute between them.

5.  On November 4, 2009, Plaintiff filed a Notice of Settlement with this Court.

6.  Plaintiff has had difficulty in executing and returning all settlement documents to her counsel as she has recently had surgery and was bed-ridden for most of the month of November and December.

7.  On December 29, 2009 Plaintiff executed all necessary settlement documents and delivered to Defendant's counsel.

8.  Upon receipt of the agreed-to funds, Plaintiff shall file a request for dismissal of the present action with prejudice.

9.  Plaintiff, through counsel, apologizes to this Court for the delay in filing the appropriate dismissal in the present action.

8. Accordingly, Plaintiff's counsel requests that this Honorable Court vacate the current Order to Show Cause to allow the parties to fully consummate settlement and request a dismissal of the present action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | DATED: December 30, 2009

KROHN & MOSS, LTD.

By <u>/s/ Nicholas J. Bontrager</u>

Nicholas J. Bontrager,
Attorney for Plaintiff

RESPONSE TO ORDER TO SHOW CAUSE