# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY LAURIE, | CASE NO. CV F 09-1719 LJO SMS |
| Plaintiff, | **ORDER DISCHARGING OSC AND SETTING STATUS CONFERENCE** |
| vs. | |
| ASSET ACCEPTANCE, LLC, | |
| Defendants. / | |

This Court's issued an Order to Show Cause on December 15, 2009 for plaintiff to show cause for failure to dismiss this action following notice of settlement. Plaintiff filed a response to the Order to Show Cause on December 30, 2009. Based upon the response, the Court DISCHARGES the Order to Show Cause.

The Court sets a Status Conference for February 9, 2010 at 8:15 a.m. in Department 4 of this Court. If the dismissal is filed prior to the Status Conference, the Conference will be vacated.

IT IS SO ORDERED.

**Dated:   January 11, 2010**                    **/s/ Lawrence J. O'Neill**
                                                                                        UNITED STATES DISTRICT JUDGE

1