Nicholas J. Bontrager (SBN: 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400; Fax: 866-583-3695
nbontrager@consumerlawcenter.com

Attorneys for Plaintiff, STACY LAURIE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| STACY LAURIE, ) | **Case No.: 1:09-cv-01719-LJO-SMS** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| ASSET ACCEPTANCE, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____ ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, STACY LAURIE, by and through her attorneys, KROHN & MOSS, LTD.,

hereby voluntarily dismisses the above-entitled case with prejudice.


Dated: January 18, 2010                    KROHN & MOSS, LTD.


                                           By:/s/ Nicholas J. Bontrager

                                               Nicholas J. Bontrager

                                           Attorneys for Plaintiff,
                                           STACY LAURIE

- 1 -

Voluntary Dismissal