UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

STACY LAURIE,                       CASE NO. CV F 09-1719 LJO SMS

         Plaintiff,                **ORDER TO DISMISS AND CLOSE**

   vs.

ASSET ACCEPTANCE, LLC,

         Defendant.
_____ /

On January 18, 2010, Plaintiff Stacy Laurie filed a notice of voluntary dismissal with prejudice in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   January 19, 2010**            /s/ Lawrence J. O'Neill
                                                                 UNITED STATES DISTRICT JUDGE