UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY LAURIE,<br><br>                    Plaintiff,<br>       vs.<br>ASSET ACCEPTANCE, LLC,<br><br>                    Defendant.<br>_____ / | CASE NO. CV F 09-1719 LJO SMS<br><br>**ORDER TO DISMISS AND CLOSE** |

On January 18, 2010, Plaintiff Stacy Laurie filed a notice of voluntary dismissal with prejudice in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:   January 19, 2010**                    /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE